IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI A. LINDEMANN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 17-cv-308-JPG-CJP |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Lori A. Lindemann.

**DATED:** February 12, 2018

                                                        **JUSTINE FLANAGAN,**
                                                        **Acting Clerk of Court**

                                                        **BY: s/Tina Gray**
                                                             **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**